**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **LOUIS ROBINSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 24 cv 05954** |
| | ) | |
| **REYNALDO GUEVARA, et al.,** | ) | **Judge Franklin U. Valderrama** |
| | ) | |
| **Defendants.** | ) | **Magistrate Judge Beth W. Jantz** |

**PARTIES' JOINT MOTION FOR EXTENSION OF TIME**
**TO COMPLETE OMNIBUS DISCOVERY MOTIONS**

The Parties, by and through their undersigned attorneys, move this Court for a brief extension of time to complete their omnibus discovery motions. In support thereof, the Parties state the following:

1.      On November 6, 2025, this Court ordered that the Parties file their omnibus discovery motions by November 21, 2025. Dkt. 127.

2.      Since then, the Parties have been inundated with previously unforeseen professional and personal obligations.

3.      Additionally, undersigned counsel for Defendant Guevara was ill and required time to recover.

4.      As such, the Parties jointly request an extension of three business days, up to and including November 26, 2025, to file their respective omnibus discovery motions.

5.      This brief extension is not sought for purposes of delay, and no Party is prejudiced by this extension.

Wherefore, the Parties request this Honorable Court grant this motion any other such relief which this Court deems proper.

1

Dated: November 17, 2025                                   Respectfully Submitted,

/s/ Austin Rahe                                           /s/ Jeffrey C. Grossich
AUSTIN RAHE                                               JEFFREY C. GROSSICH
*One of the Attorneys for City of Chicago*                *One of the Attorneys for Wojcik, Engel, Mosquera,*
                                                          *Echevarria, Mingey, Biebel, Yanow, and Valdez*

Rock Fusco & Connelly, LLC
333 W. Wacker Drive, 19ᵗʰ Floor                           The Sotos Law Firm, P.C.
Chicago, IL 60606                                         141 W. Jackson Blvd, Suite 1240A
P: (312) 494-1000                                         Chicago, IL 60604
arahe@rfclaw.com                                          P: (630) 735-3300
                                                          jgrossich@jsotoslaw.com


/s/ Christiane E. Murray
CHRISTIANE E. MURRAY
*One of the Attorneys for Reynaldo Guevara*

Borkan & Scahill, Ltd
20 S. Clark Street, Suite 1700
Chicago, IL 60603
P: (312) 580-1030
cmurray@borkanscahill.com

/s/ Tom Kayes
TOM KAYES
*One of the Attorneys for Plaintiff*

Loevy & Loevy
311 North Aberdeen St., 3ʳᵈ Floor
Chicago, IL 60607
P: (312)243-5900
kayes@loevy.com