**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LOUIS ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 24-cv-05954 |
| | ) | |
| v. | ) | Hon. Franklin U. Valderrama |
| | ) | |
| REYNALDO GUEVARA, et al., | ) | Hon. Magistrate Beth W. Jantz |
| | ) | |
| Defendants. | ) | JURY DEMAND |

**NOTICE OF SERVICE**

Defendants, Geri Lynn Yanow, as special representative of Ernest Halvorsen, deceased, Anthony Wojcik, Daniel Engel, John Mosquera, Cesar Echeverria, Edward Mingey, and Osvaldo Valdez, by and through their attorneys of the Sotos Law Firm, P.C., and pursuant to this Court's June 23, 2026 order, (Dkt. 176), hereby give notice that on July 21, 2026, they served Robert Biebel's representative, Joan Biebel, with the Suggestion of Death as to Defendant Robert Biebel.

Dated: July 21, 2026

Respectfully submitted,

/s/ Jeffrey C. Grossich
JEFFREY C. GROSSICH, Attorney No. 6316511
*One of the Attorneys for Defendants Wojcik, Engel, Mosquera, Echeveria, Mingey, Valdez, and Yanow*

James G. Sotos
Josh M. Engquist
Laura M. Ranum
Jeffrey C. Grossich
Olivia T. Raimondi
Carl M. Johnson
The Sotos Law Firm, P.C.
141 W. Jackson Blvd., Suite 1240A
Chicago, Illinois 60604
(630) 735-3300
jgrossich@jsotoslaw.com